JPML FORM 1A                     DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 320 -- IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APRIL 4, 1977

| Date | No. Code | |
|---|---|---|
| 9/26/77 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Northern District of Georgia Plaintiffs |
| | | SUGGESTED TRANSFEREE DISTRICT: Northern District of Georgia |
| | | SUGGESTED TRANSFEREE JUDGE: |
| 9/26/77 | 2 | MOTION AND AVERMENTS, SCHEDULE OF CASES, BRIEF, CERT. OF SVC. -- Southern Airways, Inc. |
| | | SUGGESTED TRANSFEREE DISTRICT: Northern Districe of Georgia |
| | | SUGGESTED TRANSFEREE JUDGE: |
| 9/29/77 | 3 | AMENDED MOTION TO INCLUDE A-1 thru A-10 -- Plaintiffs w/cert. of svc. |
| 10/3/77 | 4 | RESPONSE -- Third-party Defendant United States of America w/cert. of service. |
| 10/6/77 | 5 | RESPONSE TO PLAINTIFFS' MOTION, PLAINTIFFS' AMENDED MOTION, DEFENDANTS' MOTION -- Defendant United Technologies Corp., w/cert. of service. |
| 10/6/77 | 6 | RESPONSE TO MOTION -- Plaintiffs Seaman, et al. w/cert. of svc. |
| 10/7/77 | | HEARING ORDER -- setting A-1 thru A-10 for hearing, Oct. 28, 1977 in New York City. |
| 10/11/77 | 7 | RESPONSE -- Defendant McDonnell Douglas Corp. w/cert. of svc. |
| 10/11/77 | 8 | RESPONSE -- Plaintiff Mary Elizabeth Povinelli w/cert. of svc. |
| 10/6/77 | | APPEARANCE -- JUANITA M. MADEOLE, ESQUIRE for Quick, Hay, Griffin Sherrill, Reams, and Bryan |
| | | EDWARD E. DORSEY, ESQ. for McDonnell Douglas Corp. |
| | | ALAN J. KONIGSBERG, ESQ. for Seaman, Snell and Perlin |
| | | RICHARD L. CIARK, ESQ. for U.S.A. |
| | | J. ARTHUR MOZLEY, ESQ. for United Technologies Corp. |
| | | ROBERT W. BEYNART, ESQ. for Southern Airways, Inc. |
| 1o/11/77 | | APPEARANCE -- PHILIP H. CORBOY, ESQ. for Mary Elizabeth Povinelli |
| 10/27/77 | | WAIVER OF ORAL ARGUMENT -- United Technologies Corp. for hearing of 10/28/77 held in New York, New York |
| 10/27/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Lee Quick, et al; Horace E. Hay; Dennis E. Griffin; Martha P. Sherrill; Robert E. and Florence K. Reams. for hearing of 10/28/77 held in New York, New York & Bernard M. Bryan |
| ~~10/27/77~~ | | ~~WAIVER OF ORAL ARGUMENT~~ |
| 11/14/77 | | ORDER -- TRANSFERRING A-9 and A-10 to the N. D. Georgia to be consolidated with A-1 thru A-8 for pretrial proceedings. |
| 11/14/77 | | CONSENT OF TRANSFEREE COURT -- assigning litigation to the Honorable Charles A. Moye, Jr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 3/24/78 | | B-1 KATHRYN MILES GORDON, ETC. V. SOUTHERN AIRWAYS, INC., ET AL. W.D.N.C. CC78-0080 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED COUNSEL INVOLVED JUDGES. |
| 4/3/78 | | NOTICE OF OPPOSITION -- Plaintiff Kathryn Miles Gordon (B-1) Gordon v. Southern Airways, Inc., et al., W.D. N.C., #CC78-0080 (cds) |
| 4/18/78 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Kathryn Miles Gordon -- Granted to and including May 5, 1978 (cds) |

Case MDL No. 320   Document 1   Filed 05/04/15   Page 1 of 14

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. 2

DOCKET NO. 320 -- IN RE AIR CRASH DISASTER AT NEW HOPE, GEORGIA, ON 5/4/77

| Date | No. Code | |
|---|---|---|
| 5/4/78 | | B-2 Mark Allen Corrick, et al. v. Southeastern Aviation Underwriters, Inc., et al. M.D. Louisiana, C.A. No. 78-166 |
| | | B-3 Marcella Rose Koster Corrick v. Southeastern Aviation Underwriters, Inc., et al. M.D. Louisiana, C.A. No. 78-135 |
| | | CTO's FILED TODAY. Notified involved counsel and Judges (emh) |
| 5/5/78 | 9 | MOTION TO VACATE CTO, BRIEF -- Plaintiff Gordon -- w/cert. service (cds) |
| 5/11/78 | 10 | RESPONSE -- Southern Airways, Inc. to Plaintiff's Motion to Vacate Conditional Transfer Order -- w/cert. of service (cds) |
| 5/19/78 | | B-2 Mark Allen Corrick, et al. v. Southeastern Aviation Underwriters, Inc., et al., M.D. LA, C.A. No. 78-166 |
| | | ~~NOTICE OF OPPOSITION FILED TODAY-- Notified counsel and Judges (emh)~~ |
| | | NOTICE OF OPPOSITION FILED TODAY--Plaintiffs Counsel, Wendell G. Lindsay ~~(emh)~~ w/cert. of service (emh) |
| 5/22/78 | | B-3 Corrick v. Southeastern Aviation Underwriters Inc., et al., M.D.La., C.A. No. 78-135 |
| | | CTO FINAL TODAY, NOTIFIED INVOLVED CLERKS AND JUDGES. (ea) |
| 6/5/78 | 11 | MOTION TO VACATE CTO/BRIEF -- (B-2) Corrick v. Southeastern Aviation Underwriters, Inc., et al., M.D.LA, #78-166 -- Plaintiff, w/cert. of service (cds) |
| 6/12/78 | 12 | RESPONSE -- Southern Airways, Inc. re: B-2 Corrick w/cert. of serv. |
| ~~6/15/78~~ | | ~~RESPONSE~~ (rew) |
| 6/15/78 | 13 | RESPONSE -- McDonnell Douglas Corp. w/cert. of svc. (ea) |
| 6/16/78 | | B-1 Gordon, etc. v. Southern Airways, Inc., et al., W.D.N.C., Civil Action No. CC78-0080 |
| | | ORDER VACATING CTO FILED TODAY. Notified involved counsel, clerks and judges. (ea) |
| 6/19/78 | 14 | RESPONSE -- United Technologies Corporation -- w/cert. of service (cds) |
| 6/29/78 | | HEARING ORDER -- REGARDING OPPOSITION TO TRANSFER OF FOLLOWING ACTION TO N.D. Georgia (B-2) Mark Allen Corrick, et al. v. Southeastern Aviation Underwriters, Inc., et al., M.D. La., 78-166 (cds) Set for Hearing for July 28, 1978 in Los Angeles, California (cds) |
| 7/25/78 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND HEARING ORDER -- re: (B-2) Mark Allen Corrick, et al. v. Southeastern Aviation Underwriters, Inc., et al., M.D. Louisiana, #78-166 -- Notified involved counsel, transferor clerk and involved judges (cds) |
| 7/25/78 | | (B-2) Mark Allen Corrick v. Southeastern Aviation, M.D.La., #78-66 -- Order from M.D. Louisiana signed by Judge E. Gordon West on 7/18 -- Remanding action to State Court (cds) |
| 8/15/78 | | (B-4) HAVISTO V. SOUTHERN AIRWAYS, D. MINN. 4-78-255 CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel and involved judges |
| 8/31/78 | | B-4 Havisto, etc v. Southern Airways, D.Minn. #4-78-255 CTO FINAL TODAY. Notified Clerks and Judges. (emh) |
| 10/13/78 | | APPEARANCE -- James R. Schwebel for Roy L. Havisto (B-4) (emh) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 320 -- In re Air Crash Disaster Near New Hope, Ga., on Apr. 4, 1977

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/5/79 | | B-5 Groth v. Southern Airways, D.Minn., C.A.No.Civ.4-78-553 CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 1/19/79 | | B-5 Groth v. Southern Airways, D. Minn.,#Civ.4-78-553 CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified involved clerks and judges (cds) |

Closed 5/1/81

DOCKET NO. 320 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APRIL 4, 1977

## Summary of Panel Actions

Date(s) of Hearing(s)  10/28/77

Consolidation Ordered  11/14/77     Consolidation Denied _____

Opinion and/or Order  Order 11/14/77

Citation  Unpublished

Transferee District  NORTHERN DISTRICT OF GEORGIA    Transferee Judge  CHARLES A. MOYE, JR.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lee Quick and Glenda Quick v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-806A | | | 3/28/77 | |
| A-2 | Horace E. Hay v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1131A | | | 5-1-81 | |
| A-3 | Dennis E. Griffin v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1132A | | | 5-1-81 | |
| A-4 | Martha P. Sherrill v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1342A | | | 5-1-81 | |
| A-5 | Robert E. Reams and Florence K. Reams v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1442A | | | 5-1-81 | |
| A-6 | Bernard M. Bryan v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1510A | | | 5-1-81 | |
| A-7 | Lou Ella Snell v. Southern Airways, Inc., et al. | N.D.GA Moye | C77-1314A | | | 1/30/81 | |
| A-8 | Lilyan Perlin v. Southern Airways, Inc., et al. | N.D. GA Moye | C77-1315A | | | 3/13/79 | |
| A-9 | Ronald T. Seaman v. Southern Airways, Inc., et al. | S.D.N.Y. Cannella | 77-Civ-3296 | 11/14/77 | C77-1849A | 5-1-81 | |
| A-10 | Elizabeth Povinelli v. Southern Airways, Inc., et al. | N.D.IL Leighton | 77C3481 | 11/14/77 | C77-1850A | 5-1-81 | |

DOCKET NO. 320 -- IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APRIL 4, 1977 -- p. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Cathleen S. Keele v. McDonnell Douglas Corp., et al. | N.D.GA. | C77-1713A | | | 5-1-81 | |
| XYZ-2 | William Richard Darby v. Southern Airways, Inc. et al. | N.D.GA. | C77-1735A | | | 5-1-81 | |
| XYZ-3 | Richard Zeleznok, et al. v. Southern Airways, Inc., et al. | N.D.GA. | C77-1649A | | | 5-1-81 | |
| XYZ-4 | Ruth Gordon McKenzie v. McDonnell Douglas Corp., et al. | N.D.GA. | C77-1655A | | | 5-1-81 | |
| XYZ-5 | Anne P. Lemoine v. McDonnell Douglas Corp., et al. | N.D.GA. | C77-1656A | | | 5-1-81 | |
| XYZ-6 | Sandy Purl Ward v. McDonnell Douglas Corp., et al. | N.D.GA. | C77-1577A | | | 5-1-81 | |
| XYZ-7 | Ray H. Morton v. Southern Airways, Inc., et al. | N.D.GA. | C78-100A | | | 5-1-81 | |
| XYZ-8 | Pamela M. Coley v. Southern Airways, Inc., et al. | N.D.GA. | C78-101A | | | 5-1-81 | |
| XYZ-9 | Lou Ella Snell v. Southern Airways, Inc. et al. | N.D.GA. | C78-42-A | | | 1/30/81 | |
| XYZ-10 | Lou Ella Snell v. United States of America | N.D.GA. | C78-193-A | | | 5-1-81 | |
| XYZ-11 | Patricia L. Reeves v. Southern Airways Inc., et al. | N.D.GA. | C78-302-A | | | 5-1-81 | |
| B-1 | Kathryn Miles Gordon, etc. v. Southern Airways, Inc., et al. 3/24/78 | W.D.N.C. McMillan / N.D.Ga. | CC78-0080 / C78-1010 | | | | 6/16/78 CTO Vacated |

12

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | Sherry T. Walker v. Southern Airways, Inc., et al. | N.D.GA. | C78-434-A | | | 5-1-81 | |
| XYZ-13 | Dennis E. Griffin v. United States of America | N.D.GA. | C78-495-A | | | 5-1-81 | |
| XYZ-14 | Rudy R. Smith v. Southern Airways, Inc. et al. | N.D.GA. | C78-496-A | | | 5-1-81 | |
| XYZ-15 | Bernard M. Bryan v. United States of America | N.D.GA. | C78-497-A | | | 5-1-81 | |
| XYZ-16 | Linda A. Cobb v. Southern Airways, Inc., et al. | N.D.GA. | C78-498-A | | | 5-1-81 | |
| XYZ-17 | Gayle D. Potts, et al. v. Southern Airways, Inc., et al. | N.D.GA. | C78-539-A | | | 3/26/79 | |
| XYZ-18 | Edward Brock, et al. v. Southern Airways, Inc., et al. | N.D.GA. | C78-53-A | | | 3/12/78 | |
| XYZ-19 | Don L. Foster v. Southern Airways, Inc. et al. | N.D.GA. | C78-580-A | | | 5-1-81 | |
| XYZ-20 | Anne E. Giles v. Southern Airways, Inc., et al. | N.D.GA. | C78-578-A | | | 5-1-81 | |
| XYZ-21 | Jean S. Johnson v. Southern Airways, Inc. et al. | N.D.GA. | C78-577-A | | | 5-1-81 | |
| XYZ-22 | John W. Tielking, et al. v. Southern Airways, Inc., et al. | N.D.GA. | C78-576-A | | | 5-1-81 | |
| XYZ-23 | Eva Weston v. Southern Airways, Inc. et al. | N.D.GA. | C78-575-A | | | 5-1-81 | |
| XYZ-24 | Sally Furniss v. Southern Airways, Inc. et al. | N.D.Ga. | C78-713 | | | 5-1-81 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-2 | Mark Allen Corrick, et al. v. Southeastern Aviation Underwriters, Inc. et al. 5/4/78 *Vacated* *Opposed* | M.D.La. West | 78-166 | Vacated 7/25/78 | | 5-1-81 | |
| B-3 | Marcella Rose Koster Corrick v. Southeastern Aviation Underwriters Inc., et al. 5/4/78 | M.D.La. West | 78-135 | 5/22/78 | C78-922A | 5-1-81 | |
| XYZ-25 | Arleen S. Goubeaud v. Southern Airways, Inc., et al. | N.D.GA. | C78-777-A | | | | |
| | July 1978 - 3 TR - 33 XYZ - 36 R/y (Note B-1 + B-2 opposed) | | | | | | |
| XYZ-26 | Gene Prewett, et al. v. Southern Airways, Inc., et al. | N.D.GA. | C78-912 | | | 5-1-81 | |
| XYZ-27 | Martin Perlin, etc. v. United States of America | N.D.Ga. | 78-1108 | | | 1/17/79 | |
| XYZ-28 | Jeffrey Magnell v. Southern Airways, Inc., et al. | N.D.Ga. | C78-1186A | | | 5-1-81 | |
| XYZ-29 | Sally B. Furniss v. U.S.A. | N.D.Ga. | C78-1595 | | | 8/14/79 | |
| XYZ-30 | Rudy R. Smith v. U.S.A. | N.D.Ga. | C78-1596 | | | 1/30/81D | |
| B-4 | Roy L. Havisto, etc. v. Southern Airways, Inc. 5/15/78 | D.Minn Devitt | 4-78-255 | 8/31/78 | C78-1493A | 5-1-81 | |
| XYZ-31 | Jean S. Johnson v. U.S.A. | N.D.Ga. | C78-1597 | | | | |
| XYZ-32 | Linda A. Cobb v. U.S.A. | N.D.Ga. | C78-1598 | | | 3/5/80D | |
| XYZ-33 | Ray H. Morton v. U.S.A. | N.D.Ga. | C78-1599 | | | 8/14/79 | |
| XYZ-34 | William Richard Darby v. U.S.A. | N.D.Ga. | C78-1600 | | | 8/14/79 | |
| XYZ-35 | Horace E. Hay v. U.S.A. | N.D.Ga. | C78-1601 | | | 8/14/79 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-36 | Ann Elizabeth Giles v. U.S.A. | N.D.Ga. | C78-1602 | | | 12-10-80 | |
| XYX-37 | Ann Elizabeth Giles v. U.S.A. | N.D.Ga. | C78-1603 | | | 12-10-80 | |
| XYZ-38 | R. E. Reams v. U.S.A. | N.D.Ga. | C78-1646 | | | 3/31/81 | |
| XYZ-39 | Sally B. Furniss v. U.S.A. | N.D.Ga. | C78-1645 | | | 8/14/79 | |
| XYZ-40 | Martin Perlin v. U.S.A. | N.D.Ga. | C78-1671 | | | 8/27/79 | |
| XYZ-41 | John W. Tielking, et al. v. U.S.A. | N.D.Ga. | C78-1952 | | | 11-24-80 | |
| B-5 | Maureen K. Groth v. Southern Airways 1/5/79 | D.Minn. Devitt | Civ.4-78-553 | 1/19/79 | 79-123A | 5-1-81 | |
| XYZ-42 | State Farm Mutual Auto. Ins. Co. et al. v. Southern Airways, Inc. | N.D.Ga. | C78-2244 | | | 5-1-81 | |
| XYZ-43 | Bertron E. Williams v. Southern Airways, Inc., et al. | N.D.Ga. | C77-1886 | | | 5-1-81 | |
| XYZ-44 | Lee Quick v. U.S.A. | N.D.Ga. | C77-1894 | | | 3/31/81 | |
| XYZ-45 | Emory G. Burkhalter, et al. v. Southern Airways, Inc., et al. | N.D. Ga. | C77-2030 | | | 5-1/81 | |
| ~~XYZ-46~~ XYZ-46 | Emory G. Burkhalter, et al. v. U.S.A. | N.D. Ga. | C77-1211 | | | 5/1/81 | |
| XYZ-47 | Eva Marie Wicksell, et al. v. McDonnell Douglas Corp., et al. | N.D. Ga. | C78-1427 | | | 5/1/81 | |

DOCKET NO. \_\_\_\_\_ -- _____ -- P. \_\_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-48 | Lee Collier, et al. v. Southern Airways, Inc., et al. | N.D.Ga. | C79-35 | | | 5/1/81 | |
| XYZ-49 | Lou Ella Snell, etc. v. U.S.A. | N.D. Ga. | C79-144 | | | 5/1/81 | |
| XYZ-50 | Richard Zeleznok, et al. v. U.S.A. | N.D. Ga. | C79-145 | | | 5/1/81 | |
| XYZ-51 | Sherry T. Walker, etc. v. U.S.A. | N.D. Ga. | C79-190 | | | 3/30/79 | |
| XYZ-52 | Patricia L. Reeves, etc. v. U.S.A. | N.D.Ga. | C79-219 | | | 5/1/81 | |
| XYZ-53 | Charles Newman, etc. v. Southern Airways, Inc., et al. | N.D. Ga. | C79-291 | | | 5/1/81 | |
| XYZ-54 | Patricia L. Reeves, etc. v. Southern Airways, Inc., et al. | N.D. Ga. | C79-388 | | | 5/1/81 | |
| XYZ-55 | Lilyan Perlin, etc. v. Southern Airways, Inc., et al. | N.D.Ga. | C79-411 | | | 5/1/81 | |
| XYZ-56 | Charles Newman v. Southern Airways, Inc., et al. | N.D.Ga. | C79-469 | | | 5/1/81 | |
| XYZ-57 | Sherry T. Walker, etc. v. U. S. | N.D.Ga. | C79-504 | | | 3/5/81 | |
| XYZ-58 | Gayle D. Potts v. Southern Airways, Inc., et al. | N.D. Ga. | C79-535 | | | 5/1/81 | |
| XYZ-59 | Lee Quick v. Southern Airways, Inc., | N.D. Ga. | C79-536 | | | 5/1/81 | |
| XYZ-60 | The First National Bank of Atlanta, etc. v. McDonnell Douglas Corp., et al. | N.D.Ga. | C79-537 | | | 5/1/81 | |

13

DOCKET NO. 320 -- In re New Hope, Ga. Air Disaster

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-61 | Ron Ward v. McDonnell Douglas Corp., et al. | N.D. Ga. | C79-557 | | | *illegible* | |
| XYZ-62 | Emory G. Burkhalter, et al. v. Southern Airways, Inc. | N.D. Ga. | C79-562 | | | 5/1/81 | |
| XYZ-63 | Bernard M. Bryan v. Southern Airways, Inc., et al. | N.D. Ga. | C79-563 | | | 5/1/81 | |
| XYZ-64 | The First National Bank of Atlanta v. Southern Airways, Inc | N.D.Ga. | C79-624 | | | 5/1/81 | |
| XYZ-65 | Collier v. U.S.A. | N.D.Ga. | 79-854 | | | 5/1/81 | |
| XYZ-66 | Sherry T. Walker, et al. v. U.S.A. | N.D.Ga. | 79-190 | | *illegible* | 8/30/79 | |
| XYZ-67 | Martin Perlin, et al. v. Southern Airways, Inc., et al. | N.D.Ga. | 78-41 | | | 5/1/81 | |
| XYZ-68 | Charles Newman, et al. v. U.S.A. | N.D.Ga. | 79-1933 | | | 5/1/81 | |
| XYZ-69 | Ruth McKenzie v. U. S. A. | N.D.Ga. | C80-285A | | | 5/1/81 | |
| XYZ-70 | Anne P. Lemoine v. U.S.A. | N.D. Ga. | C80-286A | | | 5/1/81 | |

*Handwritten annotations:*
July 1979 — 5 TR/74 XYZ/7 Dis/72 Pdg.
July 1980 — 5 TR/74 XYZ/12 Dis/67 Pdg.
July 1981 — 5 TR/76 XYZ/81 Dis/ — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 320 -- IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APR. 4, 1977

---

SOUTHERN AIRWAYS, INC.
Robert W. Beynart, Esquire
Smith, Cohen, Ringel, Kohler
 & Martin
2400 First National Bank Tower
Atlanta, Georgia  30303

UNITED TECHNOLOGIES CORPORATION
J. Arthur Mozley, Esquire
Phillips, Hart & Mozley
1515 Gas Light Tower
235 Peachtree Street, N.E.
Atlanta, Georgia  30303

MCDONNELL DOUGLAS CORPORATION
Edward E. Dorsey, Esquire
Powell, Goldstein, Frazer & Murphy
Eleventh Floor
The Citizens & Southern National
 Bank Building
Atlanta, Georgia  30303

UNITED STATES OF AMERICA
Richard L. Clark, Esquire
Trial Attorney, Aviation Unit
Civil Division
United States Department of Justice
Washington, D.C.  20530

LEE QUICK AND GLENDA QUICK (A-1)
HORACE E. HAY (A-2)
DENNIS E. GRIFFIN (A-3)
MARTHA P. SHERRILL (A-4)
ROBERT E. REAMS AND FLORENCE K. REAMS
 (A-5)
BERNARD M. BRYAN (A-6)
Juanita M. Madole, Esquire
Speiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D.C.  20036

LOU ELLA SNELL (A-7)
LILYAN PERLIN (A-8)
RONALD T. SEAMAN (A-9)
Alan J. Konigsberg, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

ELIZABETH POVINELLI (A-10)
Philip H. Corboy, Esquire
33 North Dearborn
Room 1320
Chicago, Illinois  60602

KATHRYN MILES GORDON (B-1)
Charles J. Henderson, Esquire
Henderson, Henderson & Shuford
400 Law Building
Charlotte, North Carolina  28202

MARY ALLEN CORRICK, ET AL. (B-2)
MARCELLA ROSE KOSTER CORRICK (B-3)
Wendell G. Lindsay, Jr. T/A
Gill, Lindsay & Seago
9181 Interline Ave., 3rd Floor
Baton Rouge, La.  70809

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 320 -- _____

| | |
|---|---|
| SOUTHEASTERN AVIATION UNDERWRITERS, INC. <br> MRS. RUTH MORGAN MCKENZIE <br> MNO INSURANCE COMPANY <br> W. Luther Wilson, Esq. <br> Taylor, Porter, Brooks & Phillips <br> P.O. Box 2471 <br> Baton Rouge, La. 70821 <br><br> ABC INSURANCE COMPANY <br> A. G. Seale, Esq. <br> Seale, Smith & Phelps <br> 8225 Florida Blvd., 3rd Floor <br> Baton Rouge, La. 70815 <br><br> DOUGLAS AIRCRAFT COMPANY <br> DEF INSURANCE COMPANY <br> Edward E. Dorsey, Esq. <br> Powell, Goldstein, Frazer & Murphy <br> Eleventh Floor <br> The Citizens & Southern National <br>   Bank Building <br> Atlanta, Georgia 30303 <br> *[handwritten: Same as McDonnell Douglas]* <br><br> PRATT & WHITNEY AIRCRAFT GROUP <br> GHI INSURANCE COMPANY <br> JKL INSURANCE COMPANY <br> J. Arthur Mozley, Esq. <br> Phillips, Hart & Mozley <br> 1515 Gas Light Tower <br> 235 Peachtree Street, N. E. <br> Atlanta, Georgia 30303 <br> *[handwritten: Same as United Technologies]* <br><br> ROY L. HAVISTO (B-4) <br> James R. Schwebel, Esquire <br> 4924 IDS Center <br> Minneapolis, Minn. 55402 | MAUREEN K. GROTH (B-5) <br> Charles T. Hvass, Esq. <br> Hvass, Weisman & King <br> 715 Cargill Building <br> Minneapolis, Minnesota 55402 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __320__ -- __IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APRIL 4, 1977__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Southern Airways, Inc. ✓ | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 B-1 B-2, B-3, B-5 |
| United Technologies ✓ | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 B-1 B-2 B-3 |
| McDonnell-Douglas Corp. ✓ | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 B-1 B-2 B-3 |
| United States of America ✓ 3rd pty deft | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 B-1 |
| Southeastern Aviation Underwriters, Inc. | B-2, B-3 |
| Mrs. Ruth Morgan McKenzie | B-2 |
| MNO Insurance Company | B-2 |
| ABC Insurance Company | B-2, B-3 |
| Douglas Aircraft Company | B-2, B-3 |
| DEF Insurance Company | B-2, B-3 |
| Pratt & Whitney Aircraft Group | B-2, B-3 |

p. _____

| | |
|---|---|
| GHI INSURANCE COMPANY | B-2, B-3 |
| JKL Insurance Company | B-2, B-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p.