DOCKET NO. 320

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR NEW HOPE, GEORGIA, ON APRIL 4, 1977

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the actions pending in districts other than the Northern District of Georgia to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before the Honorable Charles A. Moye, Jr.,[1]/ and the Panel having found upon consideration of the papers submitted[2]/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Georgia be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Charles A. Moye, Jr. for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

---

1/    Plaintiff in the Northern District of Illinois action states that she has no objection to transfer of her action to the Northern District of Georgia, but requests that transfer be delayed until after December 1, 1977, in order to allow her time to attempt to settle her action. We find no reason to delay transfer of this action, since settlement discussions can proceed apace even if this action is pending in the transferee district. The transferee judge is, of course, fully empowered to enter judgment approving a settlement. See, e.g., Grunin v. International House of Pancakes, 513 F.2d 114, 118-120 (8th Cir.), cert. denied, 423 U.S. 864 (1975).

2/    The parties waived their right to oral argument and, accordingly, the question of transfer of this action to Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 65 F.R.D. 253, 264 (1975).

DOCKET NO. 320                                           SCHEDULE A

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Lee Quick and Glenda Quick v. Southern Airways, Inc., et al. | Civil Action No. C77-806A |
| Horace E. Hay, etc. v. Southern Airways, Inc., et al. | Civil Action No. C77-1131A |
| Dennis E. Griffin, etc. v. Southern Airways, Inc., et al. | Civil Action No. C77-1132A |
| Martha P. Sherrill, etc. v. Southern Airways, Inc., et al. | Civil Action No. C77-1142A |
| Robert E. Reams and Florence K. Reams v. Southern Airways, Inc., et al. | Civil Action No. C77-1442A |
| Bernard H. Bryan v. Southern Airways, Inc., et al. | Civil Action No. C77-1510A |
| Lou Ella Snell, etc. v. Southern Airways, Inc., et al. | Civil Action No. C77-1314A |
| Lilyan Perlin, etc. v. Southern Airways, Inc., et al. | Civil Action No. C77-1315A |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronald T. Seaman v. Southern Airways, Inc., et al. | Civil Action No. 77 Civ 3296 |

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Elizabeth Povinelli, etc. v. Southern Airways, Inc., et al. | Civil Action No. 77C481 |